

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| Jay Howard Nachbar, | * | Case No.   07-10559-WIL |
| | * | Chapter    7 |
| | * | |
| | * | |
| Debtor. | * | |

## STATEMENT OF REVIEW

The Court has before it the Reaffirmation Agreement [13] between Debtor and Ocwen Loan Servicing LLC, filed on February 26, 2007.  This Reaffirmation Agreement has been reviewed.  It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m).  No hearing, determination, or order is required.

cc:   Debtor
      Debtor's Attorney - Suren Adams, Esq.
      Trustee
      U.S. Trustee
      Reaffirmation Agreement Creditor - Ocwen Loan Servicing LLC

**End of Order**

Reaff-34.4  -   2/9/07