**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANK
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| Jay Howard Nachbar, | * | Case No.    07-10559-WIL |
| | * | Chapter    7 |
| | * | |
| | * | |
| Debtor. | * | |

### STATEMENT OF REVIEW

The Court has before it the Reaffirmation Agreement [12] between Debtor and IndyMac

Bank, filed on February 26, 2007.  This Reaffirmation Agreement has been reviewed.  It appearing

that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the

certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is

completed in a manner not significantly disparate from the sworn statements of the debtor in

Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m).  No

hearing, determination, or order is required.

cc:    Debtor
       Debtor's Attorney - Suren Adams, Esq.
       Trustee
       U.S. Trustee
       Reaffirmation Agreement Creditor - IndyMac Bank

### End Of Order